# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals | 12/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | Adjunct Professor | Cumberland School of Law, Samford University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | University of Alabama School of Law | $12,000.00 |
| 2. | 2018 | Cumberland School of Law, Samford University | $7,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | SELF-EMPLOYED ACCOUNTANT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Antonin Scalia Law School | March 23 - 24, 2018 | Nashville, TN | Keynote Speaker, AGEP Workshop on Federalism and the Economis of Regulation | Transportation, Lodging, and Meals |
| 2. | The Federalist Society | April 5 - 6, 2018 | Charlottesville, VA | Keynote Speaker, Annual Spring Banquet at the University of Virginia School of Law | Transportation, Lodging, and Meals |
| 3. | The Federalist Society | April 19, 2018 | Chicago, IL | Meeting and Luncheon w/ Fed Soc Chapter at The University of Chicago Law School | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/15/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | The Univeristy of Chicago Law School | April 20, 2018 | Chicago, IL | Moderator at the Fetschrift for Professor & Scholar Richard A. Epstein | Lodging and Meals |
| 5. | The Federalist Society | September 4 - 5, 2018 | Avon, CO | Judges Educational Seminar, The Federalist-Antifederalist Debate Judicial Education | Transportation, Lodging, and Meals |
| 6. | The Federalist Society | October 1 - 2, 2018 | New Haven, CT | Deliver Hayek Lecture at Yale Law School | Transportation, Lodging, and Meals |
| 7. | The Federalist Society | November 17, 2018 | Washington, DC | Moderator, 2018 National Lawyers Convention | Lodging , and Meals |
| 8. | The University of Alabama School of Law | August 13, 2017 - November 19, 2018 | Tuscaloosa, AL | Professor - Legislation: Special Problems in Statutory Interpretation | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/15/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. -FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | L | T | | | | | |
| 3. -FIDELITY OTC PORT | A | Dividend | | | Sold | 08/02/18 | L | D | |
| 4. -FIDELITY SOFTWARE & IT SRVC | | None | | | Buy | 08/16/18 | L | | |
| 5. | | | | | Sold | 10/11/18 | L | | |
| 6. IRA #2 (H) | | | | | | | | | |
| 7. -FIDELITY SELECT RETAILING | A | Dividend | K | T | Buy | 07/18/18 | K | | |
| 8. - FIDELITY BLUE CHIP GROWTH | C | Dividend | L | T | | | | | |
| 9. - FIDELITY SELECT IT SERVICES PORTFOLIO | C | Dividend | L | T | Buy | 07/18/18 | K | | |
| 10. -CLEARBRIDGE SMALL CAP FUND CLASS A | | None | | | Sold | 01/08/18 | K | C | |
| 11. -FIDELITY LARGE CAP VALUE ENHANCED INDEX | | None | | | Sold | 01/04/18 | K | C | |
| 12. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | K | T | | | | | |
| 13. -FIDELITY SELECT CHEMICALS | B | Dividend | | | Sold | 07/18/18 | K | D | |
| 14. -FIDELITY EMERGING MARKETS | | None | | | Buy | 01/04/18 | K | | |
| 15. | | | | | Sold | 07/18/18 | K | | |
| 16. -FIDELITY GROWTH DISCOVERY FUND | B | Dividend | K | T | Buy | 01/17/18 | K | | |
| 17. IRA #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FIDELITY OTC PORT | C | Dividend | K | T | | | | | |
| 19. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | K | T | | | | | |
| 20. IRA #4 (H) | | | | | | | | | |
| 21. -FIDELITY CONTRAFUND | A | Dividend | | | Sold | 08/02/18 | K | D | |
| 22. -FIDELITY SELECT RETAILING | A | Dividend | K | T | Buy | 08/08/18 | K | | |
| 23. | | | | | Buy (add'l) | 08/16/18 | K | | |
| 24. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | | | Sold | 08/02/18 | M | F | |
| 25. -FIDELITY SELECT SEMICONDUCTORS PORT | C | Dividend | | | Sold | 08/02/18 | L | E | |
| 26. -FIDELITY GOVERNMENT CASH RESERVES(X) | B | Dividend | M | T | | | | | |
| 27. -FIDELITY BLUE CHIP GROWTH | C | Dividend | K | T | Buy | 05/07/18 | K | | |
| 28. -FIDELITY SMALL CAP GROWTH | D | Dividend | L | T | Buy | 05/07/18 | K | | |
| 29. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 30. -FIDELITY SELECT CHEMICALS | B | Dividend | | | Sold | 05/07/18 | K | C | |
| 31. -FIDELITY SELECT MATERIALS | B | Dividend | | | Sold | 05/07/18 | K | C | |
| 32. -FIDELITY STOCK SELECTOR | A | Dividend | | | Sold | 08/02/18 | K | D | |
| 33. -FIDELITY TREND | B | Dividend | K | T | | | | | |
| 34. -FIDELITY SELECT MEDICAL EQUIP&SYSTEMS | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -DREYFUS SMALL CAP STOCK INDEX | | None | | | Buy | 08/08/18 | K | | |
| 36. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 37. | | | | | Sold | 10/11/18 | L | | |
| 38. -FIDELITY SMALL CAP INDEX INSTITUTIONAL | | None | | | Buy | 08/16/18 | K | | |
| 39. | | | | | Sold | 10/11/18 | K | | |
| 40. IRA #7 (H) | | | | | | | | | |
| 41. -FIDELITY OTC PORTFOLIO | B | Dividend | K | T | | | | | |
| 42. -FIDELITY SELECT RETAILING | A | Dividend | K | T | Buy | 06/25/18 | K | | |
| 43. -FIDELITY TOTAL EMERGING MARKETS | A | Dividend | | | Sold | 06/25/18 | K | C | |
| 44. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 45. -FIDELITY CASH (X) | A | Dividend | J | T | | | | | |
| 46. -FIDELITY SELECT SEMICONDUCTORS PORT | B | Dividend | | | Sold | 05/25/18 | K | D | |
| 47. -FIDELITY CAPITAL & INCOME | A | Dividend | | | Sold | 05/08/18 | J | A | |
| 48. -FIDELITY LARGE CAP VALUE ENHANCED INDEX | A | Dividend | | | Sold | 05/08/18 | J | A | |
| 49. -FIDELITY SELECT TECHNOLOGY | C | Dividend | | | Sold | 05/25/18 | K | B | |
| 50. -MORGAN STANLEY GROWTH PORTFOLIO | | None | | | Buy | 05/09/18 | K | | |
| 51. | | | | | Sold | 05/25/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WARREN AVERETT, LLC PROFIT SHARING PLAN (H) | | | | | | | | | |
| 53. -DFA INTERNATIONAL SMALL COMPANY I | B | Dividend | K | T | | | | | |
| 54. -DFA INTERNATIONAL VALUE I | C | Dividend | L | T | | | | | |
| 55. -MELLON STABLE VALUE FUND | A | Dividend | K | T | | | | | |
| 56. -VANGUARD EMERGING MKTS STOCK IDX. | B | Dividend | K | T | | | | | |
| 57. -VANGUARD GROWTH INDEX ADM | A | Dividend | L | T | | | | | |
| 58. -VANGUARD INTERM-TERM CORPORATE BOND | A | Dividend | K | T | | | | | |
| 59. -VANGUARD MID-CAP GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 60. -VANGUARD MID-CAP VALUE INDEX ADM | B | Dividend | K | T | | | | | |
| 61. -VANGUARD SMALL CAP GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 62. -VANGUARD SMALL CAP VALUE INDEX ADM | A | Dividend | K | T | | | | | |
| 63. -VANGUARD TOTAL BOND MARKET INDEX ADM | B | Dividend | K | T | | | | | |
| 64. -VANGUARD VALUE INDEX ADM | C | Dividend | L | T | | | | | |
| 65. BBVA COMPASS BANK - A/C #1 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544